```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
BACH-MAI FIORI,                               :
                        Plaintiff,            :
                                              :    22 Civ. 6403 (LGS)
            -against-                         :
                                              :         ORDER
SUSAN BRENNAN, et al.,                        :
                        Defendants.           :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 23, 2022, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is currently scheduled for October 5, 2022, at 4:20 p.m.;

WHEREAS, Defendants have not appeared, and Plaintiff has not filed proof of service on the docket;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan; it is hereby

**ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **September 30, 2022**, at **noon**.  If Plaintiff has not been in communication with Defendants, Plaintiff shall file a status letter regarding efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **September 30, 2022**, at **noon**.

Dated: September 28, 2022
       New York, New York

                                                _____
                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE